No. 91–7979. CHASE v. BOARD OF PAROLE. Ct. App. Ore. Certiorari denied.

No. 91–8017. SINITO v. KINDT, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 91–8046. CLEMAS v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8054. THAKKAR v. DEBEVOISE. C. A. 3d Cir. Certiorari denied.

No. 91–8059. WEBB v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–8062. CASELLA v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 91–8073. LANDT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8085. CASTILLO-MORALES ET AL. v. INTERNAL REVENUE SERVICE ET AL. C. A. 1st Cir. Certiorari denied.

No. 91–8087. WINKLEMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8088. TERRY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8093. GARRETT v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8098. WYATT v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–8107. GREEN v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 91–8109. MCLEOD v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–8113. BISHOP v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.